**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00179 |
| | ) | Judge Trauger |
| | ) | |
| JOSE JURARDO ARIAS | ) | |

## **O R D E R**

The Grand Jury returned an indictment against this defendant on October 29, 2014

(Docket No. 17).  The issues raised, therefore, in his Emergency Motion to Stay Proceedings,

Review and Order a New Preliminary Hearing (Docket No. 11) have been rendered moot.  That

motion is therefore **DENIED**.

It is so **ORDERED**.

ENTER this 29th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge